# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CLINTON D MCDONALD, | ) | |
| Movant, | ) | |
| vs. | ) | Case No. 6:21-cv-03261-MDH-P |
| | ) | Crim. No. 6:18-cr-03084-MDH-1 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

This pro se matter was filed pursuant to 28 U.S.C. § 2255. On November 5, 2021, the Court directed Movant to file a reply in support of his motion on or before December 6, 2021. Doc. 6. Movant was cautioned that failure to timely comply will result in the dismissal of this case without further notice. *Id*. To date, Movant has failed to respond or comply with the Court's orders.

Pursuant to Fed. R. Civ. P. 41(b), if the Movant fails to prosecute or to comply with a court order, the Court may dismiss the action or claim. Because Movant has not complied with this Court's order, this case is dismissed.

Accordingly, it is **ORDERED** that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's order. Any motion to reopen this case must be filed within a reasonable period of time and must comply with the Court's previous Order.

**IT IS SO ORDERED.**

/s/ Douglas Harpool
DOUGLAS HARPOOL, JUDGE
UNITED STATES DISTRICT COURT

Dated: December 13, 2021